IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONIDA SANTOS, : |  |
| : | CIVIL ACTION NO. 02-CV-4106 |
| Plaintiff, : |  |
| : |  |
| v. : |  |
| : |  |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : |  |
| GLAXOSMITHKLINE, PLC; : |  |
| GLAXOSMITHKLINE; : |  |
| SMITHKLINE BEECHAM : |  |
| : |  |
| Defendants. : |  |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                                                  Aline Fairweather



_____     _____
Erin Brennan                                                        Kirstin J. Miller



DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000